■ In the Matter of IRVING ROSEN et al., Appellants, v BOARD OF ELECTIONS et al., Respondents. (And Other Actions.)

—Judgments, Supreme Court, Bronx County (Peter Rosato, J.), entered on August 22, 1988, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Kassal, J. P., Rosenberger, Ellerin, Wallach and Smith, JJ.